IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT STANLEY LANE,
   Plaintiff,
    v.

CLAYTON COUNTY, GEORGIA, et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-3781-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 115] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 76] as to the remaining federal claims and dismissing the state law slander claim without prejudice. The Magistrate Judge correctly determined that the Plaintiff failed to present evidence showing a prima facie case as to his failure to promote claim and failed to show pretext as to his termination claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 76] is GRANTED as to the remaining federal claims. The

Court declines to exercise supplemental jurisdiction as to the state law slander claim which is DISMISSED without prejudice.

SO ORDERED, this 6 day of July, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge